[No. 10574–8–II.   Division Two.   January 19, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. PAUL J. BUCKMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00645–3, Donald H. Thompson, J., entered December 4, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10277–3–II.   Division Two.   January 19, 1988.]

JACQUELINE J. GALLAWAY, ET AL, *Respondents,* v. RICHARD L. WILEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 85–2–00136–1, William E. Howard, J., entered August 15, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 19199–3–I.   Division One.   January 20, 1988.]

OTR, *Appellant,* v. FLAKEY JAKE'S, INC., *Defendant,* MARTIN SELIG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–08832–6, Anthony P. Wartnik, J., entered June 17, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson, J., and Schumacher, J. Pro Tem.